### 15220.  LETENAS *v.* CITY OF ATLANTA.

LUKE, J.  Letenas was convicted of violating an ordinance of the City of Atlanta as to pool selling, and sued out certiorari.  The judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 6, 1924.

Certiorari; from Fulton superior court—Judge Humphries.  November 12, 1923.

*D. K. Johnston,* for plaintiff in error.

*J. L. Mayson, J. M. Wood,* contra.